IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERIE SANTAI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRED BEANS FORD, INC., et al. | : | NO. 10-2367 |

ORDER

AND NOW, this 16th day of August, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Fred Beans and Elizabeth Gilbert Beans for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure is GRANTED in part and DENIED in part;

(2) the motion is GRANTED as to the claim of plaintiff Cherie Santai against defendants Fred Beans and Elizabeth Beans Gilbert under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e; and

(3) the motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.